No. 81–836. LEICHT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 81–926. CONNECTICUT *v.* GORDON. Sup. Ct. Conn. Certiorari denied. 

No. 81–942. MONTANA WILDERNESS ASSN. ET AL. *v.* UNITED STATES FOREST SERVICE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 81–987. WRIGHT LINE, A DIVISION OF WRIGHT LINE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. 

No. 81–1046. GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 81–1060. SIEGEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 81–1081. BRUSCHI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 81–1123. CATALINA *v.* CITY OF COLUMBUS, OHIO, ET AL.; and OHIO EX REL. CATALINA *v.* MOODY, MAYOR OF COLUMBUS, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 81–1126. TRUCK DRIVERS & HELPERS LOCAL UNION NO. 728 ET AL. *v.* ALLEN ET AL. C. A. 11th Cir. Certiorari denied. 

No. 81–1127. F. W. WOOLWORTH CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. 

No. 81–1228. WATKINS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 81–1247. SPIELER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.